# Eugenio Maldonado Time Records
## POST-PETITION TIME

On August 15, 2018, met with Debtor for his bankruptcy consultation (DD 1.0 hrs) (CN 1.0 hrs);

on August 15, 2018, drafted and filed a Motion to Extend Debtor's time to file his Schedules, Statement of Financial Affairs and Chapter 13 Plan (CN 1.0hrs);

On September 5, 2018, reviewed Notice of Appearance filed by Barbara Whipple on behalf of Federal National Association (DD 0.6 hrs);

On September 15, 2018, drafted Debtor's Schedules, Statement of Financial Affairs, and Chapter 13 Plan (CN 1.0 hrs);

On September 17, 2018, met with the Debtor and reviewed with the Debtor his Schedules, Statement of Financial Affairs, and Chapter 13 Plan(CN 1.5 hrs);

On September 17, 2018, filed Debtor's Schedules, Statement of Financial Affairs, and Chapter 13 Plan (CN 0.6 hrs);

On September 17, 2018, filed and served Chapter 13 plan (CN 0.6 hrs);

On September 18, 2018, filed Debtor's Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined (CN 0.6 hrs);

On September 18, 2018, filed and served request to enter into loss mitigation program (DD 0.6 hrs) (CN 0.6 hrs);

On September 17, 2018, uploaded to the Trustee's portal the signed petition and plan, cover letter, certificate of credit counseling, Debtor's affirmation of his income, and Chapter 13 Plan, (CN 1.0 hrs);

On September 18, 2018, uploaded to the Trustee's portal Debtor's 2016 and 2016 redacted tax returns

On September 19, 2018, attended Debtor's 341 Meeting (DD 1.0 hrs);

On October 9, 2018, met with the Debtor to review his First Amended Chapter 13 Plan (CN 1.0 hrs)

On October 9, 2018, filed and served Debtor's First Amended Chapter 13 Plan (CN 0.6 hrs);

On October 9, 2018, uploaded to the Trustee's portal Debtor's Amended Affirmation of contribution, First Amended Chapter 13 Plan and Son's Affirmation of Contribution (CN1.0 hrs)

On October 15, 2018, filed and served loss mitigation contact designation (CN 0.6 hrs);

On October 16, 2018 conference Debtor's bankruptcy case with Trustee's office, drafted, served and filed Letter of adjournment of Hearing on Confirmation (CN 1.0 hrs);

On October 22, 2018, reviewed Objection to Confirmation of Debtor's Chapter 13 Plan filed by Kevin R Toole on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (DD 0.6 hrs);

On November 7, 2018, contacted chambers to request an adjournment of Loss Mitigation hearing, drafted, filed, and served letter of adjournment of the Loss Mitigation Status hearing (CN 1.0 hrs);

On December 13, 2018, drafted, filed and served Affirmation in Opposition to the Objection to Confirmation filed by Kevin R Toole on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (DD 1.0 hrs) (CN 1.0 hrs);

On December 17, 2018, drafted, filed, and served a Loss Mitigation Status report (DD 1.0 hrs);

On December 17, 2018, received a loan modification application from Barbara Whipple on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (CN 0.6 hrs);

On December 17, 2018, emailed to the debtor the loan modification packet to complete together (CN 0.6 hrs);

On December 19, 2018 conference Debtor's bankruptcy case with Trustee's office, drafted, served and filed Letter of adjournment of Hearing on Confirmation (CN 1.0 hrs);

On January 25, 2019, reviewed Notice of Appearance filed by Stephani A Schendlinger on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (DD0.6 hrs);

On January 28, 2019, January 31, 2019, and February 5, 2019 called the Debtor and sent an email regarding the status of the completed loan modification application (CN 0.6 hrs)

On February 7, 2019, received from the Debtor a complete loan modification application with his financial documents, and forwarded the same to Barbara Whipple (CN 1.0 hrs);

On February 10, 2019, contacted chambers to request an adjournment of Loss Mitigation hearing, drafted, filed, and served letter of adjournment of the Loss Mitigation Status hearing (CN 1.0 hrs);

David J. Doyaga, Sr. Esq. 6.4 hrs $500 per hour= $3,200

Cathy Nigro and Theresa Munch, Paralegal 19 hrs $250 per hour= $4,750
    **Total:**    **$7,950 (If hours & costs are used to determine fee)**

<u>Legend:</u>

CN= Cathy Nigro, Paralegal with 20+ years at Doyaga & Schaefer doing bankruptcy work.

TM= Theresa Munch, paralegal with 10+ years at Doyaga & Schaefer doing bankruptcy work.

DD= attorney with 30 years Bankruptcy experience.